UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        -against-

FIROZ AHAMMAD

                              Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR**
**TELE CONFERENCE**

21  -Mag-  1841

Defendant _____FIROZ AHAMMAD_____ hereby voluntarily consents to
participate in the following proceeding via ___ videoconferencing or _x_ teleconferencing:

X
___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of
      Indictment Form)

X
___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


_____          _____
Defendant's Signature                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Firoz Ahammad**                         **Zachary S. Taylor**
Print Defendant's Name                    Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_2·18·2021_                               _____
Date                                      U.S. District Judge/U.S. Magistrate Judge