```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
   - v. -                          :   **Order of Continuance**
                                   :   **21 MJ 1841**
FIROZ AHAMMAD,                     :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America and the affirmation of Thomas John Wright, Assistant United States Attorney for the Southern District of New York, it is found that FIROZ AHAMMAD, the defendant, was charged with violations of Title 18, United States Code, Sections 371, 545, and 2 in a complaint dated February 17, 2021;

It is further found that the defendant was presented before The Honorable Katharine H. Parker, United States Magistrate Judge for the Southern District of New York, on February 18, 2021, and was ordered released on conditions with a preliminary hearing set for March 22, 2021;

It is further found that The Honorable Kevin Nathaniel Fox, United States Magistrate Judge for the Southern District of New York, on March 22, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until April 21, 2021;

It is further found that The Honorable James L. Cott, United States Magistrate Judge for the Southern District of New York, on

April 21, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until May 21, 2021;

It is further found that The Honorable Robert W. Lehrburger, United States Magistrate Judge for the Southern District of New York, on May 21, 2021 ordered a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until June 21, 2021;

It is further found that Zachary Taylor, Esq., who represents the defendant, and Assistant United States Attorney Thomas John Wright have been engaged in, and are continuing, discussions concerning a possible pre-trial disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with defense counsel about the pre-trial disposition of this case and that the defendant, through his counsel, has consented that such a continuance may be granted for that purpose and has specifically waived his right to be charged in an indictment or information for an additional 30 days; and

It is further found that the granting of such a continuance best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted until July 21, 2021, and

that a copy of this Order and the affirmation of Assistant United States Attorney Thomas John Wright be served on this date on counsel for the defendant by the United States Attorney's Office.

Dated:   New York, New York
         June 21, 2021

_____
THE HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X
                                   :
UNITED STATES OF AMERICA           :
                                   :
      - v. -                       :    **Affirmation in Support of**
                                   :    **Application for Order of**
                                   :    **Continuance**
                                   :    **21 MJ 1841**
FIROZ AHAMMAD,                     :
                                   :
            Defendant.             :
                                   :
- - - - - - - - - - - - - - - - - X

State of New York              )
County of New York             ) ss.:
Southern District of New York  )
```

Thomas John Wright, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

1. I am an Assistant United States Attorney in the Office of Audrey Strauss, Acting United States Attorney for the Southern District of New York. I submit this affirmation in support of an application for an order of continuance of the time within which an indictment or information would otherwise have to be filed, pursuant to 18 U.S.C. § 3161(h)(7)(A).

2. FIROZ AHAMMAD, the defendant, was charged in a complaint dated February 17, 2021, with violating Title 18, United States Code, Sections 371, 545 and 2. The defendant was arrested on or about February 18, 2021, and was presented in accordance with Federal Rule of Criminal Procedure 5 before the Honorable Katharine

H. Parker, United States Magistrate Judge, in the Southern District of New York on February 18, 2021.  The defendant was ordered released with conditions.

3. At the initial presentment on February 18, 2021, Zachary Taylor, counsel to the defendant, consented to a waiver of his client's right pursuant to Rule 5.1 of the Federal Rules of Criminal Procedure to a preliminary hearing within 21 days of the initial appearance.  Accordingly, under the Speedy Trial Act, the Government initially has until March 22, 2021, within which to file an indictment or information.

4. Thereafter, with the consent of Mr. Taylor, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until April 21, 2021, which the Honorable Kevin Nathaniel Fox, United States Magistrate Judge for the Southern District of New York, granted.

5. Thereafter, with the consent of Mr. Taylor, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until May 21, 2021, which the Honorable James L. Cott, United States Magistrate Judge for the Southern District of New York, granted.

6. Thereafter, with the consent of Mr. Taylor, the Government requested a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) until June 21, 2021, which the Honorable Robert W.

Lehrburger, United States Magistrate Judge for the Southern District of New York, granted.

7. In the interim, Mr. Taylor and I have had discussions regarding a possible pre-trial disposition of this case on multiple occasions, beginning on February 18, 2021 and continuing to the present. The discussions have not completed, and Mr. Taylor and I plan to continue the discussions but do not anticipate a resolution to them before the deadline under the Speedy Trial Act expires on June 21, 2021.

8. Therefore, the Government is requesting a continuance until July 21, 2021, to continue the foregoing discussions and reach a pre-trial disposition of this matter. Mr. Taylor most recently consented to this request on or about June 16, 2021.

9. For the reasons stated above, the ends of justice served by the granting of the requested continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated:   New York, New York
         June 21, 2021


_____
THOMAS JOHN WRIGHT
ASSISTANT UNITED STATES ATTORNEY
(212) 637-2295